UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL HALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SPRINGFIELD et al., )<br>)<br>Defendants. ) | Case No. 13-cv-30002-MGM |

REPORT AND RECOMMENDATION REGARDING
DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE
(Docket No. 60)

ROBERTSON, U.S.M.J.

On June 18, 2015, the court issued an order in this matter directing Plaintiff to file a written report with the Clerk's Office verifying his current address and informing the court about the status of this matter and to appear for a status conference to be held on July 14, 2015 (Dkt. No. 57). The court further stated that failure to comply with the order may result in dismissal of the case for failure to prosecute. In light of Plaintiff's failure to comply with both directives in the court's June 18, 2015 order, and for the reasons stated in the Defendants' motion to dismiss for failure to prosecute, this court recommends dismissal of the matter without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.[1]

CONCLUSION

Accordingly, it is this court's RECOMMENDATION that Defendants City of Springfield and Detective Wadlegger's Motion to Dismiss for Failure to Prosecute be GRANTED.[2]

---

[1] The court's recommendation contemplated dismissal with prejudice on proof of service of the order. No authorized recipient was available when the order was delivered via certified mail.
[2] The parties are advised that under the provisions of Fed. R. Civ. P. 72(b) or Fed. R. Crim. P. 59(b), any party who objects to these findings and recommendations must file a written objection with the Clerk of this Court **within fourteen (14) days** of the party's receipt of this Report and

|  |  |
|---|---|
|  | /s/ Katherine A. Robertson____ |
|  | KATHERINE A. ROBERTSON |
| DATED: July 15, 2015 | United States Magistrate Judge |

---

Recommendation. The written objection must specifically identify the portion of the proposed findings or recommendations to which objection is made and the basis for such objection. The parties are further advised that failure to comply with this rule shall preclude further appellate review by the Court of Appeals of the District Court order entered pursuant to this Report and Recommendation. *See Keating v. Sec'y of Health & Human Servs.*, 848 F.2d 271, 275 (1st Cir. 1988); *United States v. Valencia-Copete*, 792 F.2d 4, 6 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-79 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603, 604 (1st Cir. 1980). *See also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.