UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL HALL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 13-30002-MGM |
| v. | * | |
| | * | |
| CITY OF SPRINGFIELD et al., | * | |
| | * | |
| Defendants, | * | |

MEMORANDUM AND ORDER RE: REPORT AND
RECOMMENDATION REGARDING DEFENDANTS'
MOTION TO DISMISS FOR FAILURE TO PROSECUTE
(Dkt. Nos. 60 and 62)

August 17, 2015

MASTROIANNI, U.S.D.J.

Magistrate Judge Katherine A. Robertson has recommended the court allow Defendants' motion to dismiss for failure to prosecute and dismiss the matter without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  (Dkt. No. 60.)  In particular, Plaintiff failed to comply with an order issued by the court directing Plaintiff to file a written report with the Clerk's Office verifying his current address and informing the court about the status of this case; Plaintiff also failed to appear for a status conference on July 14, 2015, in violation of the same order.  (Dkt. Nos. 57 and 61.)  The Recommendation notified the parties that, if they had an objection, it would have to be filed within fourteen days.  No objection has been filed.

Based upon the obvious merits of the Report and Recommendation, and noting there are no objections, the court, upon de novo review, hereby ADOPTS the Report and Recommendation.

(Dkt. No. 60.) Based upon this, the action is hereby DISMISSED WITHOUT PREJUDICE

pursuant to Rule 41(b) of the Federal Rule of Civil Procedure.

It is So Ordered.

_/s/ Mark G. Mastroianni_____

MARK G. MASTROIANNI

United States District Judge